**35 So.2d 31**

### NEWTON B. STOER v. SHREVEPORT PROPERTIES, Inc., et al.

No. 38245.

March 22, 1948.

Foster, Hall & Smith, of Shreveport, and Phelps, Dunbar, Marks & Claverie, of New Orleans, for plaintiff and appellant.

Milling, Godchaux, Saal & Milling, and Sidney G. Roos, all of New Orleans, for defendants and appellees.

HAMITER, Justice.

For the reasons assigned in cause No. 38,244 on the docket of this court, entitled Johnson v. Shreveport Properties, Inc., et al., 35 So.2d 25,[1] this day decided, the judgment appealed from is reversed and set aside insofar as it dismisses plain-

tiff's suit against the defendant corporation, and there is now judgment in favor of plaintiff, Newton B. Stoer, and against Shreveport Properties, Inc., in the full sum of $3625, together with five per cent per annum interest thereon from May 19, 1943, and for all costs of this suit in both courts. In all other respects the judgment is affirmed.